# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL JOHNSON, # 08388-003,** : | |
| Plaintiff, : | |
| vs. : | **CIVIL ACTION 08-0054-KD-C** |
| **MICHAEL GRAVES, et al.,** : | |
| Defendants. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the federal claims be and are hereby **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915A(b). It is further **ORDERED** that supplemental jurisdiction over state-law claims be and is hereby **DECLINED.** Thus, it is **ORDERED** that this action be and is **DISMISSED** in its entirety.

**DONE** this 22nd day of June, 2009.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**